**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Jennifer E. Duggan, SBN 183833
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
COLVIN OIL COMPANY dba SPIRIT MART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLVIN OIL COMPANY, which will do business in California as FIREBALL GAS, an Oregon Corporation, dba SPIRIT MART, and dba REDWOOD MINI MART, and DOES ONE to FIFTY, inclusive,<br><br>　　　　Defendants.<br>_____/ | Case No: 3:08-CV-02160 EMC<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br><br><br><br><br>Complaint Filed:   April 25, 2008 |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

　　In accordance with the provisions of Title 28, U.S.C. section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 4, 2008　　　　　　　　　　PORTER SCOTT
　　　　　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION

　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　Jennifer E. Duggan
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE — 3:08-CV-02160 EMC
00602480.WPD
1

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

| | |
|---|---|
| **CASE:** | *Hohlbein v. Colvin Oil Company, et al.* |
| **CASE NO:** | C-08-2160 EMC |
| **COURT:** | USDC Northern District Court |

## DECLARATION OF SERVICE

I am a citizen of the United States and a resident of Sacramento County, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 350 University Avenue, Suite 200, Sacramento, California.

I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U. S. mailbox in the City of Sacramento, California, after the close of the day's business.

That on the date referenced below, I caused to have served the following:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on all parties in the said action as addressed below by causing a true copy thereof to be:

**X**   **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

_____   **BY PERSONAL SERVICE.** I caused such document to be delivered by hand to the office of the person(s) listed below.

_____   **BY OVERNIGHT DELIVERY.** I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

_____   **BY FACSIMILE.** I caused such document to be transmitted by facsimile machine to the office of the person(s) listed below.

Jason K. Singleton
Richard Grabowski
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA  95501

I declare under penalty of perjury that the foregoing is true and correct. Executed at Sacramento, California on August 4, 2008.

*/s/ Aimee Thompson*
Aimee Thompson

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00602488.WPD