**JASON K. SINGLETON,** State Bar #166170
jasn@singletonlawgroup.com
**RICHARD E. GRABOWSKI,** State Bar #236207
rgrabowski@mckinleyville,net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**

**Attorney for Plaintiff, JEFF HOHLBEIN**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF HOHLBEIN,** | Case No. C-08-2160 EMC |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER** |
| v. | |
| **COLVIN OIL COMPANY, which will do business in California as FIREBALL GAS,** an Oregon Corporation, dba **SPIRIT MART,** and dba **REDWOOD MINI MART,** and DOES ONE to FIFTY, inclusive, | |
| **Defendants** | |

Plaintiff JEFF HOHLBEIN and Defendants COLVIN OIL COMPANY, dba SPIRIT MART (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: July 31, 2008     /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **JEFF HOHLBEIN**

**PORTER | SCOTT**

Dated: July 29, 2008     /s/ Jennifer E. Duggan
Jennifer E. Duggan, Attorneys for Defendants
**COLVIN OIL COMPANY, dba SPIRIT MART**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>HOHLBEIN vs COLVIN OIL COMPANY, et al.</u>, Case Number CV-08-2160 EMC, is dismissed with prejudice with each party to bear his or its own attorneys fees and costs.

Dated: __August 6, 2008__     _____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

